■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT LIBBY, Appellant. [682 NYS2d 360] —Appeal by the defendant from a judgment of the County Court, Westchester County (Leavitt, J.), rendered July 21, 1997, convicting him of rape in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Joy, Friedmann and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANDRA NESBITT, Appellant. [681 NYS2d 766] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (DeLury, J.), rendered November 27, 1996, convicting her of robbery in the first degree (four counts) and endangering the welfare of a child, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that she was prejudiced by the court's refusal to sever the four robbery counts of the indictment because the crimes were similar to each other is unpreserved for appellate review. In any event, the overwhelming evidence of each crime was " 'separately presented, uncomplicated, and easily segregable in the jury's mind' " (*People v Nelson,* 133 AD2d 470, 471), as it arose from four distinct factual scenarios, each involving eyewitness testimony of separate complainants who identified the defendant as the perpetrator (*see, People v Martin,* 141 AD2d 854). Pizzuto, J. P., Joy, Goldstein and Luciano, JJ., concur.